UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HIGROCORP, INC., d/b/a
EZ-Gro,

    Plaintiff,  Case No. 24-cv-11092
 Hon. Matthew F. Leitman

v.

MIDAS PRODUCTS, LLC,

    Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated:  August 13, 2024


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 13, 2024, by electronic means and/or ordinary mail.

    s/Holly A. Ryan
    Case Manager
    (313) 234-5126